UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN YEFTADONAY on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>   -against-<br><br>USCB, INC.<br><br>             Defendants. | 20-cv-5878-ENV-RER |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, being that the matter was resolved, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:

_____
U.S.D.J.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/2/2022

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*